1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16

| | |
|---|---|
| RANDI PETERSEN, | Case No. 1:15-cv-00209---SAB |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION |
| v. | |
| TULARE COUNTY SUPERIOR COURT, et al., | ECF NO. 3 |
| Defendants. | TWENTY DAY DEADLINE |

17
18
19
20
21
22
23

Plaintiff Randi Petersen ("Plaintiff"), appearing pro se in this action, filed the complaint in this action on February 9, 2015. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, Plaintiff's application is incomplete. Plaintiff provided no response to the questions pertaining to Plaintiff's "[o]ther income." Plaintiff also indicated that she lives in a household with two other people and share the cost of expenses. Plaintiff did not provide any information with respect to the income of the other members of her household.

24
25
26
27
28

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1.       Plaintiff's application to proceed in forma pauperis is DENIED without prejudice;

2.       The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

3.       Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

4.       If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **February 10, 2015**

_____
UNITED STATES MAGISTRATE JUDGE