# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDI PETERSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TULARE COUNTY SUPERIOR COURT, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-00209---SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 5) |

　　　　Plaintiff Randi Petersen ("Plaintiff") filed a complaint on February 9, 2015.  (ECF No. 1.)  On February 27, 2015, at the order of the Court, plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.  Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

　　　　Accordingly, the Court GRANTS Plaintiff's motion to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:  **March 2, 2015**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1